# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENES P. FERRERAS, individually and on behalf of the public<br><br>Plaintiff,<br><br>vs.<br><br>BUREAUS INVESTMENT GROUP PORTFOLIO NO. 15, LLC; STONELEIGH RECOVERY ASSOCIATES, LLC; and DOES 1 through 50, inclusive.<br><br>Defendants. | CASE NO.: 2:18-CV-01511-PA-AGR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, without prejudice as to Plaintiff's action. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: November 13, 2018 _____

Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE

{00104364;1}     1